UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| SARA P. CHIAVEROTTI,<br>Executrix of the Estate of<br>MATTHEW R. CHIAVEROTTI, deceased,<br>GARLAND L. ALEXANDER,<br>MICHELLE M. GALLINA,<br>Executrix of the Estate of<br>MATTHEW A. GALLINA, deceased,<br>DANIEL M. KELLOGG,<br>JOHN F. PACE,<br>JOSHUA S. XENAKIS,<br>JOSEPH H. ALBERT.<br><br>      Plaintiffs,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>      Defendants. | Case No. 2:25-cv-00232 |

**PLAINTIFFS' MOTION TO REMAND**

COMES NOW Plaintiffs Sara P. Chiaverotti, Executrix of the Estate of Matthew R. Chiaverotti, deceased; Garland L. Alexander; Michelle M. Gallina, Executrix of the Estate of Matthew A. Gallina, deceased; Daniel M. Kellogg; John F. Pace; Joshua S. Xenakis; and Joseph H. Albert, who respectfully move this Honorable Court to remand this matter back to Virginia state court in the Virginia Beach Circuit Court for all further proceedings. Plaintiffs also request this Court grant payment from Defendants Honeywell International Inc. and Honeywell Safety Products USA, Inc. (together, "Defendant Morning Pride") for all just costs and expenses, as this

action was improperly removed to federal court in the absence of proper subject matter jurisdiction.

In support of this Motion, Plaintiffs rely on their accompanying Brief in Support.

**Respectfully yours,**
**SARA P. CHIAVEROTTI,**
**Executrix of the Estate of**
**MATTHEW R. CHIAVEROTTI,**
**deceased,**
**GARLAND L. ALEXANDER,**
**MICHELLE M. GALLINA,**
**Executrix of the Estate of**
**MATTHEW A. GALLINA, deceased,**
**DANIEL M. KELLOGG,**
**JOHN F. PACE,**
**JOSHUA S. XENAKIS,**
**JOSEPH H. ALBERT,**

**Plaintiffs**

s/ Kevin Biniazan
Kevin Biniazan | VSB No. 92109
Jeffrey A. Breit | VSB No. 18876
Lauren Martin | VSB No. 93653
BREIT BINIAZAN, PC
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, VA  23451
Telephone | 757.622.6000
Facsimile | 757.299.8028
Email | kevin@bbtrial.com
Email | jeffrey@bbtrial.com
Email | lmartin@bbtrial.com

*Counsel for Plaintiff*

# CERTIFICATE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of electronic filing (NEF) to counsel of record.

Date: <u>May 16, 2025</u>

                                                      <u>s/ Kevin Biniazan</u>
                                                      Kevin Biniazan | VSB No. 92109
                                                      Jeffrey A. Breit | VSB No. 18876
                                                      Lauren Martin | VSB No. 93653
                                                      BREIT BINIAZAN, PC
                                                      Towne Pavilion Center II
                                                      600 22nd Street, Suite 402
                                                      Virginia Beach, VA  23451
                                                      Telephone | 757.622.6000
                                                      Facsimile | 757.299.8028
                                                      Email | kevin@bbtrial.com
                                                      Email | jeffrey@bbtrial.com
                                                      Email | lmartin@bbtrial.com

                                                      *Counsel for Plaintiff*