FILED:  March 27, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1344
(2:25-cv-00232-AWA-RJK)

_____

SARA P. CHIAVEROTTI, Executrix of the Estate of Matthew R. Chiaverotti, deceased; GARLAND L. ALEXANDER; MICHELLE M. GALLINA, Executrix of the Estate of Matthew A. Gallina, deceased; DANIEL M. KELLOGG; JOHN F. PACE; JOSHUA S. XENAKIS; JOSEPH H. ALBERT

        Plaintiffs - Appellees

v.

HONEYWELL INTERNATIONAL, INC.; HONEYWELL SAFETY PRODUCTS USA, INC.

        Defendants - Appellants

 and

3M COMPANY, f/k/a Minnesota Mining & Manufacturing Company; AGC CHEMICALS AMERICAS INC.; ARCHROMA U.S., INC.; ARKEMA INC.; BLUE RIDGE RESCUE SUPPLIERS, INC.; BRADSDEN SOLUTIONS, INC.; CARRIER GLOBAL CORPORATION; DAIKIN AMERICA, INC.; E. I. DU PONT DE NEMOURS AND COMPANY; FIRE SERVICE PLUS, INC.; GLOBE MANUFACTURING COMPANY, LLC; JOHNSON CONTROLS, INC.; KIDDE-FENWAL INC.; LION GROUP, INC.; MSA SAFETY SALES, LLC; MUNICIPAL EMERGENCY SERVICES, INC.; PBI PERFORMANCE PRODUCTS, INC.; STEDFAST USA INC.; TENCATE PROTECTIVE FABRICS USA, d/b/a Southern Mills, Inc.; THE CHEMOURS COMPANY L.L.C.; TYCO FIRE PRODUCTS; W. L. GORE & ASSOCIATES, INC.

        Defendants

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Norfolk |
|---|---|
| Originating Case Number | 2:25-cv-00232-AWA-RJK |
| Date notice of appeal filed in originating court: | 03/24/2026 |
| Appellant(s) | Honeywell International Inc., Honeywell Safety Products USA, Inc. |
| Appellate Case Number | 26-1344 |
| Case Manager | R. Phillips 804-916-2702 |